[No. 7776.]

## METY, ADMINISTRATOR, v. WRIGHT.

Judgment, clearly supported by the evidence as unquestionably just.   Affirmed.

*Error to Denver District Court.*—Hon. HUBERT L. SHATTUCK, Judge.

Mr. S. D. CRUMP, and Mr. H. C. ALLEN, for plaintiff in error.

Mr. C. H. WINGENDER, and Messrs. DOUD & FOWLER, for defendant in error.

*Per Curiam.*

Action by defendant in error against Stanley E. Wilmot to rescind a contract and recover money claimed to have been obtained by fraud and misrepresentation.   Verdict and judgment for plaintiff.

The testimony clearly establishes the fraud charged; the judgment entered on the verdict is unquestionably just, and as none of the points urged by plaintiff in error justify this court in disturbing it on review, it is affirmed.

*Judgment affirmed.*

Decision *en banc.*